**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARVIN K. COMOND,           :    No. 87 MM 2020

          Petitioner           :

          v.           :

AAA LIFE INSURANCE COMPANY,       :

          Respondent       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 22nd day of June, 2020, the "Petition for Allowance of Appeal," treated as a Petition for Review, and the "Emergency Application for Stay Pending Disposition of Petitions for Allowance of Appeal and Review" are DENIED.